No. 5807.

## PAUL A. BACAS vs. ANDREW DARRIGO.

### Syllabus.

Appeal dismissed by consent.

Appeal from the Civil District Court for the Parish of Orleans, Division "A," No. 103,084, Hon. T. C. W. Ellis, Judge.

Roger Meunier, for plaintiff and appellant.

E. M. Cahn, for defendant and appellee.

His Honor, HORACE L. DUFOUR, rendered the opinion and decree of the Court, as follows:

Considering the motion and consent on file.

It is ordered that the appeal herein taken be dismissed.